**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-6285

---

CARLOS CALDERON,

Plaintiff - Appellant,

and

ROBERT VIZZINI,

Plaintiff,

versus

WILLIAM W. SONDERVAN, Commissioner; PATRICK
CONROY, Warden; JAMES V. PEGUESE, Warden;
BURLIE FRINK, Security Chief; MICHAEL SYKES,

Defendants - Appellees,

and

STATE OF MARYLAND,

Defendant.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-02-2183-AW)

---

Submitted: July 24, 2003          Decided: July 30, 2003

---

Before MICAHEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

―――――――――

Carlos Calderon, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Calderon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Calderon v. Sondervan, No. CA-02-2183-AW (D. Md. Jan. 13, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED